United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT IVAN MICHELETTI,<br>Plaintiff,<br>v.<br>NAPA COUNTY DEPARTMENT OF CORRECTIONS, et al.,<br>Defendants. | Case No. 26-cv-08837-JST<br><br>**ORDER OF DISMISSAL** |

On or about August 24, 2026, Plaintiff commenced this action by filing the complaint docketed at ECF No. 1. That same day, the Court sent Plaintiff deficiency notices, informing him that he had not submitted his action on the proper case-initiating form and that he neither paid the filing fee, nor filed an application for leave to proceed *in forma pauperis*. ECF Nos. 2, 3. The Court instructed Plaintiff that he should cure these deficiencies by September 21, 2026 by filing his complaint on the proper form, and either paying the filing fee or filing an *in forma pauperis* application. *Id.* The Court sent Plaintiff a blank civil rights complaint by a prisoner form and a blank *in forma pauperis* application form. *Id.* The deadline to cure the deficiency has passed, and Plaintiff has not filed the required documents. Accordingly, this action is DISMISSED without prejudice for failure to meet these filing requirements. Judgment is entered against Plaintiff and in favor of Defendants. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: October 6, 2026

JON S. TIGAR
United States District Judge